IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD M. VAN PELT,<br><br>            **Plaintiff,**<br><br>v.<br><br>MARCUS MYERS,<br><br>            **Defendant.** | Case No. 22-CV-02539-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 24, 2025 (Doc. 40), this matter is **DISMISSED with prejudice**.

**DATED: September 24, 2025**

                                              MONICA A. STUMP,
                                              Clerk of Court


                                         By: *s/ Jackie Muckensturm*
                                              **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn
                    STEPHEN P. MCGLYNN
                      U.S. District Judge